# NICHOLAS J PINTO

A TTORNEY A T L AW

745 FIFTH AVENUE, SUITE 500
NEW YORK, NEW YORK 10151
TEL 212.619.5500    NJP@PINTO-LAW.COM
WWW.PINTO-LAW.COM

December 4, 2024

Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:     United States v. Copeland, 24-2219

Dear Ms. Wolfe:

    I was appointed to represent the appellant, Vernon Copeland in the above referenced case. After my appointment I contacted reporters to order transcripts from conferences dated 9/22/21 trial date of 7/10/23 and sentencing dated 6/25/24. I am currently waiting for copies of this transcript to arrive at my office.

    I will advise the Court of our proposed due date for the appellant's brief once I receive the copies of the transcripts. If I have not received them within fourteen days, I will further update the Court regarding their status.

Very truly yours,

/s/
Nicholas J. Pinto